UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MARIA GOMEZ, | ) | No. CV 16-9585-PSG (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| NANCY BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that plaintiff's request for remand is granted, the decision of the Commissioner is reversed, and this action is remanded to defendant for further proceedings consistent with the Report and Recommendation.

DATED: 3/12/18

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE